Melanie M. Poturica, Bar No. 91279
mpoturica@lcwlegal.com
Connie C. Almond, Bar No. 239513
calmond@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, Suite 500
Los Angeles, California 90045
Telephone: (310) 981-2000
Facsimile: (310) 337-0837

Attorneys for Defendants
City of Hermosa Beach, Hermosa Beach Police
Department and Michael Lavin

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEWITT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HERMOSA BEACH, HERMOSA BEACH POLICE DEPARTMENT; MICHAEL LAVIN; GREGORY SAVELLI, THOMAS ECKERT, THOMAS BOHLIN, STEPHEN BURRELL, MICHAEL EARL, CHARLES SANDOVAL, DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. CV-09-2543 CAS (PJWx)<br><br>Assigned To Judge Christina A. Snyder<br>Courtroom: 5<br>Complaint Filed: March 13, 2009<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR REVIEW**<br><br>Hearing Date: August 30, 2010<br>Time:        10:00 a.m.<br>Department:  5 |

TO THE COURT AND TO ALL PARTIES BY AND THROUGH THEIR

ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendants City of Hermosa Beach, Hermosa

Beach Police Department and Michael Lavin hereby withdraw their Motion For

//

//

//

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

Review Of Magistrate Judge's Ruling Re: Settlement set for hearing on August 30, 2010 because the parties have reached a settlement which is pending.

Dated:  August 25, 2010                    LIEBERT CASSIDY WHITMORE


By: _Connie C. Almond_____
     Melanie M. Poturica
     Connie C. Almond
     Attorneys for Defendants
     CITY OF HERMOSA BEACH,
     HERMOSA BEACH POLICE
     DEPARTMENT and MICHAEL
     LAVIN

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045